IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01435-MSK-MJW

BOSE CORPORATION,

Plaintiff,

v.

ABLE PLANET, INC.,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the plaintiff's Unopposed Motion for Counsel to Attend Scheduling/Planning Conference by Telephone (Docket No. 18) is granted, and accordingly, Mr. Regan and Ms. Stringer may participate in the Rule 16 Scheduling Conference by telephone by calling the court together on one line on August 19, 2011, at 10:30 a.m. Mountain Time.  The court's telephone number is (303) 844-2403.

Date: August 17, 2011