IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 1:11-cv-01435-MSK-MJW

BOSE CORPORATION,

    Plaintiff,

v.

ABLE PLANET, INC.,

    Defendant.

---

# STIPULATED MOTION FOR ENTRY OF ELECTRONIC PRODUCTION PROTOCOL

(DN·32)

Plaintiff Bose Corp. ("Bose") and Defendant Able Planet, Inc. ("Able Planet") (together, the "Parties"), by their counsel of record or acting counsel, hereby stipulate and move the Court to enter the following protocol regarding the discovery of electronically stored information and hard copy documents in the above-captioned case (the "Protocol"). To the extent this Protocol does not address a production issue, the Parties may seek relief from the Court pursuant to the Local Rules.

1. **General Production Protocol.**

    **A.** **General Document Image Format.** Each document shall be produced in single-page Group IV Tagged Image File Format ("TIFF") format. Certain documents may be produced in Native format as described in Section 2(A).

    **B.** **Extracted Text and OCR.** Parties shall produce extracted text files accompanying the production. Accompanying extracted text files shall be multi-page and should

be named with the corresponding DocBeg followed by the extension ".TXT." Text shall be UTF-8 compliant for foreign language collections. For documents containing redactions, Optical Character Recognition ("OCR") text will be substituted for extracted text files. OCR Text shall be provided in multi-page searchable ASCII text format and shall be named with the unique DocBeg of the corresponding TIFF document followed by the extension ".TXT". Redacted foreign language documents need not be accompanied by OCR text. A link to the text and OCR files will be provided in the Text Path field within the Metadata file as indicated in Appendix 1.

    **C.**    **Extracted Metadata.** All extracted Metadata shall be formatted into a basic .txt, .dat or .csv file with Concordance delimiters (i.e., a load file).

        (1)    Field names as set forth in Appendix 1 shall be included in the first line.

        (2)    DocBeg shall be the first field.

        (3)    Production Numbers shall not be more than sixteen characters long or contain spaces or underscore symbols.

    **D.**    **TIFF Files.** TIFF files shall be single page and shall be named with the unique DocBeg, followed by the extension ".TIF". A load file, preferably an LFP file, shall be provided to indicate the location of the TIFF files.

    **E.**    **Document Unitization.** If a document is more than one page, the unitization of the document and any attachments and/or affixed notes shall be maintained as they existed in the original document. That unitization shall be reflected in the load file described in Section 1.C, and Appendix 1. For email families, the appropriate BegAtt/EndAtt shall accompany the DocBeg/DocEnd range in the load file.

**F.  Footer.** Each document image shall contain a footer with a sequentially ascending Production Number. Each party shall designate up to an eight character prefix to denote documents produced by that party. If produced in Native format, the title of the document shall also be the Production Number for that document.

**G.  Color.** Documents shall be produced as black and white TIFF images. If the need arises to view a particular document in color, a party can make a good-faith request to receive color JPEG images for that document. Native files shall maintain their color.

**H.  Exceptions Report.** An exceptions report detailing any missing or problem records shall be produced.

2.  **Other Categories of Documents.**

**A.  Native Files.** Parties shall provide documents in their Native electronic format upon reasonable request.

(1)  To the extent the receiving party will require proprietary software to view and search Native files and/or data, the producing party shall provide a copy of the software or will make the Native files and/or data available for inspection.

(2)  Native files shall be named with the corresponding DocBeg if extracted Metadata has been provided. A link to the native files shall be provided in a Native Path field within the Metadata file.

**B.  Hard Copy Documents.** Hard copy documents shall be scanned to single-page TIFF. Each single-page TIFF file shall be named with its unique DocBeg followed by the extension ".TIF". Metadata shall be included as provided in Section 1(C), except that the

provided field names shall be limited as described in Appendix 1. OCR text shall be provided if the producing party generates OCR text for its hard copy documents.

C. **Redacted Documents.** Metadata shall be included as provided in Section 1(C), except that the provided field names shall be limited as described in Appendix 1. OCR text shall be included as provided in Section 1(B).

## APPENDIX 1

| Field Name | Document Type | Content |
| --- | --- | --- |
| DocBeg | All. | Auto-generated number (i.e., Production Number) of First Page of Document |
| DocEnd | All. | Auto-generated number (i.e., Production Number) of Last Page of Document |
| Custodian | All. | Name for the mail user or owner of the document collection |
| BegAtt | All. | DocBeg of first document in the Attachment Range |
| EndAtt | All. | DocBeg of last document in the Attachment Range |
| Title | All but redacted and hard copy. | Subject of E-Mail message or from properties of application file |
| SentTime | All but hard copy. | Time e-mail message sent (GMT) |
| Date | All but hard copy. | Date e-mail message sent |
| From | All but redacted and hard copy. | E-Mail Sender Name or author from properties of application file |
| To | All but redacted and hard copy. | E-Mail Recipients |
| Copied | All but redacted and hard copy. | E-Mail Courtesy Copy or Blind Courtesy Copy Recipients |
| FileCreatedDate | All but hard copy. | Date e-mail attachment or application file created, or, if the created date cannot be captured, the date the file was last modified |
| NativePath | All but hard copy. | Path to the native file in the delivery |
| FileExtension | All but hard copy. | Filename extension of e-mail attachment or application file |
| TextPath | All. | Path to the multi-page TXT files in the delivery |

| | Delimiters: |
| --- | --- |
| Field Qualifier (quote): | (254) |
| Field Delimiter (comma): | (020) |

| | |
|---|---|
| Newline Delimiter | (174) |
| Multi-entry Delimiter: | (059) |
| Date Format: | MM/DD/YYYY |
| Null Fields: | Left empty |
| Field Names in First Line: | Yes |

Dated: September 16, 2011

/s/ Gayle L. Strong
Gayle L. Strong
strongg@gtlaw.com
Greenberg Traurig, LLP
1200 Seventeenth Street, Suite 2400
Denver, CO 80202
(303) 572-6500

John Regan (BBO # 415120)
Mark Matuschak (BBO # 543873)
Don Steinberg (BBO # 553699)
Karen D. Stringer (BBO # 664315)
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, Massachusetts 02109
Tel.: (617) 526-6000
Fax: (617) 526-5000

Attorneys for Plaintiff

/s/ Glenn Lenzen
Glenn Lenzen
1700 Lincoln Street, Suite 4700
Denver, CO 80203
Direct: 303.749.7232

Attorney for Defendant

**ORDER**

Based on the Parties' stipulation and good cause appearing therefore, the Court hereby enters the above Stipulated Electronic Production Protocol.

IT IS SO ORDERED

DATED: September 16, 2011.

BY THE COURT:

_____

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO