IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01435-MSK-MJW

BOSE CORPORATION,

Plaintiff,

v.

ABLE PLANET, INC.,

Defendant.

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that defendant Able Planet's Motion to Withdraw Its Motion to Compel (Docket No. 73) is granted, and thus defendant Able Planet's Motion to Compel (Docket No. 62) is deemed withdrawn.

Date:  June 27, 2012