IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01435-MSK-MJW

BOSE CORPORATION,

Plaintiff,

v.

ABLE PLANET, INC.,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Joint Motion to Modify Certain Scheduling Deadlines to Account for Four Post-Fact Discovery Scheduled Depositions (Docket No. 99) is GRANTED. The Scheduling Order (Docket No. 22) is amended as follows: the fact discovery cut-off is extended to November 30, 2012 for the sole purpose of conducting the depositions listed in the subject motion; the deadline for the parties to designate affirmative experts and serve expert reports is extended to December 31, 2012; the deadline for the parties to designate rebuttal experts and serve expert reports is extended to January 31, 2013; expert discovery cut-off is extended to February 28, 2013; and the dispositive motions deadline is extended to March 29, 2013.

Date: October 19, 2012