IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01435-MSK-MJW

BOSE CORPORATION,

Plaintiff,

v.

ABLE PLANET, INC.,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

      It is hereby ORDERED that Plaintiff Bose Corporation's Motion for Leave to File a Short Sur-Reply to Able Planet Incorporated's Motion to Compel the Deposition of Dr. Bose (docket no. 97) is GRANTED finding good cause shown.  This court will consider Plaintiff Bose Corporation's Proposed Sur-Reply Memorandum of Law in Opposition to Able Planet Incorporated's Motion to Compel the Deposition of Dr. Amar Bose (docket no 97-1) when it considers Defendant Able Planet's Motion to Compel (docket no. 91).

Date: October 29, 2012