**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore**

Civil Action No. 11cv-01435-RM-MJW

BOSE CORPORATION,

    Plaintiff,

v.

ABLE PLANET INCORPORATED,

    Defendant.

---

**ORDER SETTING STATUS CONFERENCE**

---

    IT IS ORDERED that a status conference will be held on **Tuesday, July 9, 2013 at 9:00 a.m.** at the U.S. District Court, Courtroom A601, 6th Floor, 901 19th Street, Denver, Colorado. The conference is conducted with lead counsel present in person. The parties are to be prepared to provide a summary of the matters at issue; educate the Court concerning the underlying science and technology of the headphones; and address procedural matters related to case management, including setting a hearing on pending motions.

    Dated this 10th day of June, 2013.

BY THE COURT:

_____
Raymond P. Moore
United States District Judge