IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore

Civil Action No. 11cv-01435-RM-MJW

BOSE CORPORATION,

    Plaintiff,

v.

ABLE PLANET INCORPORATED,

    Defendant.

---

ORDER
GRANTING JOINT MOTION TO STAY CASE DEADLINES (ECF NO. 163)
AND VACATING JULY 9, 2013 STATUS CONFERENCE

---

THIS MATTER comes before the Court on the parties' Joint Motion to Stay Case Deadlines ("Motion") (ECF No. 163). Upon consideration of the Motion, it is

ORDERED that the Motion is GRANTED and all deadlines in this action are STAYED up to and including July 12, 2013 so the parties can finalize their settlement; and it is

FURTHER ORDERED that the Status Conference set for July 9, 2013 is VACATED.

DATED this 14th day of June, 2013.

                                      BY THE COURT:

                                      RAYMOND P. MOORE
                                      United States District Judge