**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore**

Civil Action No. 11-cv-01435-RM-MJW

BOSE CORPORATION,

    Plaintiff,

v.

ABLE PLANET INCORPORATED,

    Defendant.

_____

**ORDER
GRANTING JOINT MOTION TO EXTEND STAY OF CASE DEADLINES TO
FINALIZE SETTLEMENT (ECF NO. 168)**
_____

    THIS MATTER comes before the Court on the parties' Joint Motion to Extend Stay of Case Deadlines to Finalize Settlement ("Motion") (ECF No. 168). Upon consideration of the Motion, it is

    ORDERED that the Motion is GRANTED and all deadlines in this action are STAYED up to and including August 12, 2013 so the parties can finalize their settlement.

    DATED this 9th day of July, 2013.

                                                    BY THE COURT:

                                                    RAYMOND P. MOORE
                                                    United States District Judge